AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| MONSTER CABLE PRODUCTS, INC., a California corporation <br> *Plaintiff* <br> v. <br> MONSTER DADDY, LLC, a South Carolina limited liability company <br> *Defendant* | ) ) ) ) ) ) ) ) ) )  Civil Action No. <br> CV11- 0740 |

E-filing   ADR   DMR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   MONSTER DADDY, LLC
James E. Carter, Registered Agent
13 Ridgeland Drive
Greenville, SC  29601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert W. Payne
LaRiviere, Grubman & Payne, LLP
19 Upper Ragsdale Drive, Suite 200
P.O. Box 3140
Monterey, CA  93942

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  2/17/11                                               _____
*Signature of Clerk or Deputy Clerk*
Tiffany Salinas-Harwell

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:11-cv-00740-DMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MONSTER DADDY, LLC

was received by me on *(date)* 02/22/2011 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: On February 25, 2011, I served the summons on James E. Carter, registered agent for service of process for Monster Daddy, LLC, at 13 Ridgeland Drive, Greenville, SC 29601, by certified mail, postage prepaid, return receipt requested as per Cal C.C.P. Sec 415.40, service effective on March 7, 2011.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3-9-2011

*Server's signature* — Cheryl Bilgin

Cheryl Bilgin, Paralegal
*Printed name and title*

LaRiviere, Grubman & Payne, LLP
19 Upper Ragsdale Drive, Suite 200
Monterey, CA 93940
*Server's address*

Additional information regarding attempted service, etc: The following documents were served:

Summons; Civil Cover Sheet; Complaint for Declaratory Judgment; Certification of Interested Entities & Parties; Order Setting Initial Case Management Conference & ADR Deadlines; Standing Order for Magistrate Judge Donna M. Ryu; Standing Order for All Judges of the Northern District of California: Contents of Joint Case Management Statement; Notice of Reference & Order re Discovery Procedures; Court's information packet entitled: Welcome to the Oakland Divisional Office of the U.S. District Court; and Notice of Assignment of Case to a U.S. Magistrate Judge for Trial & attached forms for Consent or Declination to Proceed Before a Magistrate Judge.